**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FATENH ALSHAKANBEH,

    Plaintiff,

    v.                                  No.3:06-cv-1094-J-12HTS

FOOD LION, LLC,

    Defendant.

## ORDER

This cause is before the Court on the Plaintiff's Motion to Remand (Doc.7) and the Defendant's Response in Opposition (12), filed January 12 and 29, 2007, respectively. The Defendant does not oppose Plaintiff's request that all proceedings be stayed pending the disposition of the Motion to Remand. Upon review of the matter, it is

**ORDERED AND ADJUDGED**:

1.    That all proceedings in this case are hereby stayed pending the disposition of the Motion to Remand; and

2.    That the Court has scheduled a hearing on Plaintiff's Motion to Remand (Doc.7) for Wednesday, February 21, 2007, at 10:30 a.m. in Courtroom 12 A. The Court has set aside thirty (30) minutes for the hearing..

**DONE AND ORDERED** this  8th  day of February 2007.

*Howell W. Melton*
HOWELL W. MELTON
United States District Judge

Copies to:
Counsel of Record
Garry Randolph, Courtroom Deputy